# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE BROWN,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>BRIAN BIRKHOLZ, Warden,<br><br>　　　　　Respondent. | Case No. 2:22-cv-06701-FWS-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received. The Court accepts the findings and recommendations of the Magistrate Judge.

　　IT THEREFORE IS ORDERED that Judgment be entered (1) granting Respondent's Motion to Dismiss; and (2) denying the Petition without prejudice for lack of jurisdiction.

DATED: April 24, 2023

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE