# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE BROWN,<br><br>             Petitioner,<br>   v.<br><br>BRYAN BIRKHOLZ, Warden,<br><br>             Respondent. | Case No. 2:22-cv-06701-FWS-AFM<br><br>**JUDGMENT** |

    This matter came before the Court on the Petition of JERRY LEE BROWN, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice for lack of jurisdiction.

DATED: April 24, 2023

 

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE